**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7630**

_____

RODNEY HILL,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA; D. BLAKNEY, (Ms.) Supervisor of
Education; J. BOLYAR, (Mr.) Associate Warden; P. BULTER,
(Ms.) Unit Manager,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. John S. Kaull,
Magistrate Judge. (5:09-cv-00019-FPS-JSK)

_____

Submitted: June 24, 2010      Decided: June 29, 2010

_____

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Rodney Hill, Appellant Pro Se. Rita R. Valdrini, Assistant
United States Attorney, Daniel W. Dickinson, Jr., OFFICE OF THE
UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Hill seeks to appeal the magistrate judge's entry of an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), notifying Hill of the need to respond to a summary judgment motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Hill seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED